SHERWOOD STERLING, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Argued October 6, 1891; decided October 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 25, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William H. Arnoux* for appellant.

*L. A. Fuller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.